**FILED**

JUN 1 0 2014

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Lafayette Jackson,                )
                                          )
          Plaintiff,                      )
                                          )
     v.                                   )          Civil Action No.  *14-992*
                                          )
United States of America,                 )
                                          )
          Defendant.                      )
                                          )
_____   )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted).

Plaintiff is a resident of the District of Columbia suing the United States. He alleges, among other things, that "certain government agencies and individuals have committed fraud" and have "attempted to intimidate [him] to move from the Washington D.C. area." Compl. at 1. Plaintiff lists individuals residing in Maryland who he "believe[s] are to be or affiliated with" the Department of Homeland Security and the Federal Bureau of Investigation. Plaintiff then recounts in a lengthy narrative various and seemingly unrelated "experience[s]" dating back to 1996 that the listed individuals allegedly "controlled." *Id.* at 2.

Plaintiff has demanded no relief. However, he "add[s]" that he has notified the Department of Justice "on this matter" but has not "heard back from them . . . ." *Id.* at 6. To the extent that plaintiff is seeking an investigation of his claims, the United States Attorney

1

General has absolute discretion in deciding whether to investigate claims for possible criminal or civil prosecution. As a general rule applicable to the circumstances of this case, such decisions are not subject to judicial review. *Shoshone-Bannock Tribes v. Reno*, 56 F.3d 1476, 1480-81 (D.C. Cir. 1995); *see accord Wightman-Cervantes v. Mueller*, 750 F. Supp. 2d 76, 81 (D.D.C. 2010) (citing cases); *Martinez v. U.S.*, 587 F. Supp. 2d 245, 248-49 (D.D.C. 2008) (same). Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

J. Boasberg

Date: June _____, 2014

2